1 | David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
2 | Kristine E. Kruger, Bar No. 253593
KKruger@perkinscoie.com
3 | PERKINS COIE LLP
1201 Third Avenue, Suite 4900
4 | Seattle, WA 98101-3099
Telephone: 206.359.8000
5 | Facsimile: 206.359.9000

6 | Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER JIM GARCIA, | Case No. 1:16-cv-01767-DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER STAYING PROCEEDINGS UNTIL MAY 1, 2017 |
| v. | ORDER CONTINUNG INITIAL SCHEDULING CONFERENCE TO MAY 24, 2017 at 9:00 A.M. |
| CALIBER HOME LOANS, INC., a Corporation, and Does 1 through 50, inclusive, | |
| Defendants. | |

Plaintiff Javier Jim Garcia ("Plaintiff") and Defendant Caliber Home Loans, Inc. ("Caliber") (together the "Parties"), by and through their counsel of record stipulate and agree as follows:

WHEREAS Plaintiff filed this action on or about October 11, 2015;

WHEREAS Plaintiff submitted a loan modification application to Defendant on November 19, 2016;

WHEREAS Defendant offered Plaintiff a loan modification on January 5, 2017;

WHEREAS Plaintiff began making trial payments on his loan starting on February 1, 2017;

WHEREAS Plaintiff is expected to make three trial payments, ending with a payment on April 1, 2017;

WHEREAS Caliber will offer a Plaintiff a permanent loan modification when and if Plaintiff makes all three trial payments on time;

WHEREAS there is a Scheduling Conference set for February 22, 2017 at 8:30 a.m. in Courtroom 8;

WHEREAS the parties are actively exploring potential settlement options, including Plaintiff's foreclosure-avoidance and loss mitigation eligibility and are making meaningful progress;

WHEREAS in order to avoid spending time, expense and judicial resources in connection with the present litigation, the Parties have agreed to and request that the Court grant the requested stay of the action until May 1, 2017;

WHEREAS upon completion of the successful settlement negotiation, the current action is expected to be dismissed, therefore, it would be in all parties' best interest to stay the action until May 1, 2017 and continue all related deadlines;

WHEREAS if no settlement has been reached by the expiration of the stay, the Parties agree that the Court will re-calendar all currently scheduled proceedings, including the Scheduling Conference;

1    WHEREAS the stay requested herein is not requested for purposes of delay
2  and will not result in any prejudice to the parties or to the Court; and
3    WHEREAS the Parties wish to conserve judicial resources by staying this
4  matter pending the settlement discussion.
5    IT IS SO STIPULATED AND AGREED.

6

7  DATED: February 15, 2017        **PERKINS COIE LLP**
8
9                                  By: */s/ Kristine Kruger*
                                       Kristine E. Kruger, Bar No. 253593
10                                     KKruger@perkinscoie.com

11                                  Attorneys for Defendant
                                    Caliber Home Loans, Inc.
12

13
    DATED: February 15, 2017        **LAW OFFICE OF ALFRED A.**
14                                  **GALLEGOS**

15
                                    By: */s/ Alfred A. Gallegos*
16                                     Alfred A. Gallegos, Bar No. 160971
                                       aag@sjvalleylaw.com
17

18                                  Attorneys for Plaintiff
                                    Javier Jim Garcia
19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the Stipulation of the Parties and good cause appearing, the request to stay is GRANTED in part. IT IS HEREBY ORDERED that:

1. The above-referenced action is stayed until May 1, 2017;

2. If no settlement has been reached by the expiration of the stay, the Court shall lift the stay *sua sponte*;

3. The Court CONTINUES the Initial Scheduling Conference to **May 24, 2017 at 9:00 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe. Each party may appear telephonically at the scheduling conference using the following dial-in number and passcode: dial-in number 1-877-411-9748; passcode 3190866. If the parties file a dismissal or a notice of settlement prior to the scheduling conference, the conference will be vacated.

IT IS SO ORDERED.

Dated: **February 16, 2017**           /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE