1   David T. Biderman, Bar No. 101577
    DBiderman@perkinscoie.com
2   Kristine E. Kruger, Bar No. 253593
    KKruger@perkinscoie.com
3   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
4   Seattle, WA 98101-3099
    Telephone: 206.359.8000
5   Facsimile: 206.359.9000

6   Attorneys for Defendant
    Caliber Home Loans, Inc.

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   JAVIER JIM GARCIA,                    Case No. 1:16-cv-01767-DAD-BAM

12                    Plaintiff,           PARTIES' JOINT STIPULATION AND
                                           ORDER REQUESTING STAY OF ALL
13          v.                             PROCEEDINGS

14   CALIBER HOME LOANS, INC., a
     Corporation, and Does 1 through 50,
15   inclusive,

16                    Defendants.

17

18                          **STIPULATION**

19          Plaintiff Javier Jim Garcia ("Plaintiff") and Defendant Caliber Home Loans,

20   Inc. ("Caliber" or "Defendant") (together the "Parties"), by and through their

21   counsel of record stipulate and agree as follows:

22          WHEREAS Plaintiff filed this action on or about October 11, 2016;

23          WHEREAS Plaintiff submitted a loan modification application to Defendant

24   on November 19, 2016;

25          WHEREAS Defendant offered Plaintiff a loan modification on January 5,

26   2017;

27          WHEREAS Plaintiff began making trial payments on his loan starting on

28   February 1, 2017;

1    WHEREAS Plaintiff made all three trial payments, ending with a pay in

2  April 2017;

3    WHEREAS Caliber offered a Plaintiff a permanent loan modification;

4    WHEREAS there is an Initial Scheduling Conference set for May 24, 2017 at

5  9:00 a.m.;

6    WHEREAS the parties are very close to settlement and are making

7  meaningful progress;

8    WHEREAS in order to avoid spending time, expense and judicial resources

9  in connection with the present litigation, the Parties have agreed to and request that

10  the Court grant the requested stay of the action until July 31, 2017;

11    WHEREAS upon completion of the successful settlement negotiation, the

12  current action is expected to be dismissed, therefore, it would be in all parties' best

13  interest to stay the action until July 31, 2017 and continue all related deadlines;

14    WHEREAS if no settlement has been reached by the expiration of the stay,

15  the Parties agree that the Court will re-calendar all currently scheduled proceedings,

16  including the Scheduling Conference;

17    WHEREAS the stay requested herein is not requested for purposes of delay

18  and will not result in any prejudice to the parties or to the Court; and

19    WHEREAS the Parties wish to conserve judicial resources by staying this

20  matter pending the settlement discussion.

21    IT IS SO STIPULATED AND AGREED.

22

23  DATED:  May 18, 2017        **PERKINS COIE LLP**

24

25                  By: */s/ Kristine Kruger*
                        Kristine E. Kruger, Bar No. 253593
26                        KKruger@perkinscoie.com

27                  Attorneys for Defendant
                    Caliber Home Loans, Inc.
28

1

2   DATED:  May 18, 2017                **LAW OFFICE OF ALFRED A.**

3                                       **GALLEGOS**

4                                       By: _/s/ Alfred A. Gallegos_

5                                           Alfred A. Gallegos, Bar No. 160971
                                            aag@sjvalleylaw.com
6
                                        Attorneys for Plaintiff
7                                       Javier Jim Garcia

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

Having considered the Stipulation of the Parties, the Court does not find good cause to stay this action. However, the Court finds good cause to continue the Initial Scheduling Conference until after July 31, 2017, in order to allow the parties to continue their meaningful progress toward settlement.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Initial Scheduling Conference is CONTINUED to **August 15, 2017, at 9:00 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe;

2. Each party may appear telephonically at the scheduling conference using the following dial-in number and passcode: **dial-in number 1-877-411-9748**; **passcode 3190866**.

3. A joint scheduling report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference and shall be e-mailed in Word format to **bamorders@caed.uscourts.gov**; and

4. If the parties file a dismissal or a notice of settlement prior to the scheduling conference, the conference will be vacated.

IT IS SO ORDERED.

Dated:   **May 19, 2017**             ___/s/ *Barbara A. McAuliffe*___
                                      UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28